| | |
|---|---|
| DEFENDANT: | Humzah Mashkoor |
| YOB: | 2005 |
| ADDRESS (CITY/STATE): | Westminster, CO |
| OFFENSE(S): | 18 U.S.C. § 2339B (Attempt to Provide Material Support or Resources to a Designated Foreign Terrorist Organization) |
| LOCATION OF OFFENSE: | Adams and Denver Counties, Colorado |
| PENALTY: | NMT 20 years' imprisonment; NMT lifetime supervised release, NMT $250,000 fine; $100 Special Assessment |
| AGENT: | Kathryn Kempema<br>Special Agent, Federal Bureau of Investigation |
| AUTHORIZED BY: | Laura Cramer-Babycz<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

\_\_\_\_ five days or less     \_\_X\_\_ over five days

THE GOVERNMENT **will** seek detention in this case based on 18 U.S.C. § 3142(f)(1)(A)

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:     \_\_\_\_ Yes     \_\_X\_\_ No