# UNITED STATES DISTRICT COURT
for the
District of Colorado

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
12/18/2023
**JEFFREY P. COLWELL, CLERK**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| HUMZAH MASHKOOR, | ) | Case No. 1:23-mj-00214-NRN |
| | ) | |
| *Defendant* | ) | |
| | ) | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* HUMZAH MASHKOOR, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2339B (Attempting to provide material support or resources to designated foreign terrorist organizations)

Date: 12/18/2023

*Issuing officer's signature*
Magistrate Judge N. Reid Neureiter
*Printed name and title*

City and state: Denver, Colorado

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*