IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:23-mj-00214-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HUMZAH MASHKOOR,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12/18/2023
JEFFREY P. COLWELL, CLERK

## MOTION TO RESTRICT CASE

The United States, by and through the undersigned Assistant United States Attorney, files this Motion to Restrict Case and states as follows:

1. The Government asks that the Complaint, the Government's Motion to Restrict, the Order to Restrict, the Arrest Warrant, and any order resulting from the Complaint all be restricted at a Level 3 restriction, making the documents "Viewable by Filer & Court" only, until further order of the Court.

WHEREFORE, the United States asks this Honorable Court to issue an order restricting the Complaint, this Motion to Restrict, the Arrest Warrant, and any order issued by this Court with regard to the Criminal Complaint at a Level 3 restriction.

Dated this 18th day of December, 2023.

                        Respectfully submitted,

                        COLE FINEGAN
                        United States Attorney

                By:    *s/ Laura Cramer-Babycz*
                        Assistant United States Attorney
                        United States Attorney's Office
                        1801 California St., Suite 1600
                        Denver, Colorado  80202
                        Telephone: (303) 454-0100
                        Fax:  (303) 454-0401
                        E-mail:  Laura.Cramer-Babycz@usdoj.gov
                        Attorney for the Government