AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2024 JAN -2 AM 11: 20

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| | |
|---|---|
| United States of America </br> v. </br> HUMZAH MASHKOOR, </br> _Defendant_ | ) </br> ) </br> ) </br> ) Case No. 23 (mj) 214 NRN </br> ) </br> ) </br> ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* HUMZAH MASHKOOR, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 2339B (Attempting to provide material support or resources to designated foreign terrorist organizations)

Date: 12/18/2023

City and state: Denver, Colorado

_/s/ N. Reid Neureiter_
Issuing officer's signature

Magistrate Judge N. Reid Neureiter
Printed name and title

### Return

This warrant was received on *(date)* 12/18/2023, and the person was arrested on *(date)* 12/18/2023
at *(city and state)* Denver, CO.

Date: 12/18/2023

_Arresting officer's signature_

SA Shane Quinn
Printed name and title